IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LOUIS ALFONSE OLONA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NDCS, WARDEN MAHR, SCOTT FRAKES, and AARON BLIVEN,<br><br>　　　　Defendants. | 8:20CV171<br><br>MEMORANDUM AND ORDER |

　　　　This matter is before the court on Plaintiff's response (filings 12 & 13) to the court's June 29, 2020 order to show cause why this matter should not be dismissed for Plaintiff's failure to pay his initial partial filing fee (filing 11). Upon consideration of Plaintiff's response and the court's receipt of his $4.00 payment[1] of the initial partial filing fee on July 13, 2020,

　　　　IT IS ORDERED that: Plaintiff has shown sufficient cause and this matter will proceed. The next step in Plaintiff's case will be for the court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal course of business.

---

[1] The court has not received a separate payment of $0.06, which is the amount assessed by the court as the initial partial filing fee, despite Plaintiff's indication that his institution remitted such payment using funds from his account.

Dated this 14th day of July, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge